IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HILL'S PET NUTRITION, INC.,

    Plaintiff,                   No. S-05-MC-0411 MCE KJM

    vs.

NUTRO PRODUCTS, INC.,

    Defendant.                ORDER

_____/

        The parties to this miscellaneous action have submitted a joint request to seal the Joint Statement re Discovery Disagreement prepared with regard to the Motion to Compel Compliance with Subpoena set before the undersigned on July 6, 2005.  Upon in camera review of the Joint Statement, and good cause appearing, the court ORDERS AS FOLLOWS:

        1. The parties' Joint Motion to Seal filed on June 13, 2005 is granted as to Exhibit 12 attached to the Joint Statement, and otherwise denied;

        2. Plaintiff's counsel shall promptly arrange for the electronic filing of the Joint Statement with Exhibit 12 redacted; and

/////

/////

/////

1

3.  Plaintiff's counsel also shall promptly arrange for the filing of Exhibit 12 under seal as provided by Local Rule 39-141.

DATED: June 21, 2005.

_____
UNITED STATES MAGISTRATE JUDGE