IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HILL'S PET NUTRITION, INC.,

    Plaintiff,                            No. S-05-MC-0411 MCE KJM

    vs.

NUTRO PRODUCTS, INC.,

    Defendant.                          ORDER

_____/

        Plaintiff's motion to compel and defendant's motion to quash subpoena directed to nonparty and/or for protective order came on regularly for hearing July 6, 2005. David Callahan appeared for plaintiff. Patrick Kuehl and Tom Woods appeared for defendant. Michael Stusiak appeared for the subpoenaed nonparty Sacramento Rendering Company.[1] Upon review of the documents in support and opposition, and upon hearing the arguments of counsel, the court deferred ruling pending mediation by the parties. The court, now having been advised that

/////

---

[1] Plaintiff has moved to strike Sacramento Rendering Company's opposition to the motion to compel under Local Rule 37-251. The rule applies to motions brought under Federal Rules of Civil Procedure 26 through 37. While plaintiff asserts that its motion to compel is brought under Federal Rule of Civil Procedure 37, it is properly construed as a motion under Rule 45, which is applicable to subpoenas. Cf. Pennwalt Corp. v. Durand-Wayland, Inc., 708 F.2d 492, 494 & n.4 (9th Cir. 1983). The motion to strike will be denied.

1

mediation did not result in settlement of the matter, and good cause appearing, HEREBY ORDERS AS FOLLOWS:

    1. Plaintiff's motion to strike nonparty Sacramento Rendering Company's opposition is denied.

    2. Under the scheduling order in this case, discovery closed on May 9, 2005. Plaintiff's motion to compel therefore is denied as untimely. <u>See</u> Federal Rule of Civil Procedure 16(b).

    3. Defendant's motion to quash is granted.

DATED: July 19, 2005.

                                    /s/ Mueller
                                    UNITED STATES MAGISTRATE JUDGE